IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS M. MARSON JR., INC., d/b/a<br>GREENWOOD MUSHROOMS | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| ALLIANCE SHIPPERS, INC. | : | NO. 19-1330 |

## ORDER

**AND NOW**, this 10th day of February, 2020, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 9), all documents filed in connection therewith, and the Hearing held on January 22, 2020, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion for Summary Judgment (Docket No. 9) is **GRANTED** as to Count III of the Complaint and **JUDGMENT** is entered in favor of Defendants as to Count III.

2. The Motion for Summary Judgment is **DENIED** as to Counts I and II of the Complaint.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.